# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN LEE O'DONNELL,

        Petitioner,        Case Number: 05-CV-60278

v.        HON. JOHN CORBETT O'MEARA

LINDA METRISH,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated January 29, 2007, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Ann Arbor, Michigan this 29th day of January, 2007.

        DAVID J. WEAVER
        CLERK OF THE COURT

BY:    s/William Barkholz
        Deputy Clerk

APPROVED:

s/JOHN CORBETT O'MEARA
UNITED STATES DISTRICT JUDGE